## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In    Debtor(s)
Re:   **Howard Heath Young**
      9108 Kitchin Farms Way
      Wake Forest, NC 27587

     **xxx–xx–3184**

     **Lauren Kathryn Young**
     9108 Kitchin Farms Way
     Wake Forest, NC 27587

     **xxx–xx–9372**

Case No.: **24–56749–pwb**
Chapter:  **7**

### NOTICE SETTING DEADLINE FOR
### FILING PROOFS OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The Trustee now reports that funds may be available for distribution.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

### Deadline: **October 30, 2024**

A claim form (Official Form B 410) may be obtained online at: www.ganb.uscourts.gov under the Forms tab or at any bankruptcy clerk's office and may be filed in person or by regular mail.

To file a claim electronically, visit www.ganb.uscourts.gov and access the ePOC tab.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Dated:  August 1, 2024

Form ntcpoc
Revised February 2023

*Vania S. Allen*
_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court