# Form 1



# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 24-56749-PWB

**Case Name:** HOWARD HEATH YOUNG
LAUREN KATHRYN YOUNG

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 06/28/2024 (f)

**§ 341(a) Meeting Date:** 07/29/2024

**Claims Bar Date:** 10/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2015 Forest Glen Drive, Braselton, GA 30517, Jackson County County | 945,000.00 | 321,420.00 | | 860,000.00 | FA |
| 2 | 2023 Volvo XC90, 4000 miles (Leased)<br>Leased vehicle. Not owned by Debtor. Notice of abandonment filed, Dkt # 24. | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2023 Volvo S60, 4000 miles (Leased)<br>Leased vehicle. Not owned by Debtor. Notice of abandonment filed, Dkt # 24. | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | household goods and furnishings | 3,200.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Sporting and hobby equipment | 100.00 | 0.00 | | 0.00 | FA |
| 7 | personal clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | wedding rings, watches, and jewelry<br>Though not claimed, Debtors have exemptions available under 100(a)(6) to cover jewelry and financial accounts. | 8,000.00 | 7,000.00 | | 0.00 | FA |
| 9 | Dog<br>Notice of abandonment filed, Dkt # 24. | 200.00 | 0.00 | OA | 0.00 | FA |
| 10 | Checking account: USAA (3371)<br>Though not claimed, Debtors have exemptions available under 100(a)(6) to cover jewelry and financial accounts. | 187.08 | 187.08 | | 0.00 | FA |
| 11 | Checking account: USAA (custodial account)<br>Though not claimed, Debtors have exemptions available under 100(a)(6) to cover jewelry and financial accounts. | 25.00 | 25.00 | | 0.00 | FA |
| 12 | Checking account: Northeast Georgia Bank<br>Though not claimed, Debtors have exemptions available under 100(a)(6) to cover jewelry and financial accounts. | 3,750.93 | 3,750.93 | | 0.00 | FA |
| 13 | Checking account: USAA (custodial account)<br>Though not claimed, Debtors have exemptions available under 100(a)(6) to cover jewelry and financial accounts. | 25.00 | 25.00 | | 0.00 | FA |

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 24-56749-PWB
**Case Name:** HOWARD HEATH YOUNG
LAUREN KATHRYN YOUNG

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 06/28/2024 (f)
**§ 341(a) Meeting Date:** 07/29/2024
**Claims Bar Date:** 10/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Techmonk, LLC, 85% ownership | Unknown | 0.00 | | 0.00 | FA |
| 15 | Interest in Insurance policies: Term Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 16 | Adversary # 26-05088 - Hays v The First Bank, Peachtree Corners Property, LLC, RH&A, LLC (u)<br>Complaint regarding Validity, priority or extent of lien or other interest in property relating to claims against proceeds from sale of real property (Asset # 1). | 1.00 | 1.00 | | 0.00 | 1.00 |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$962,989.01** | **$332,409.01** | | **$860,000.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

7/31/2024 - Declared as an asset case and requested claims bar date be set. Leased vehicles and dog abandoned.

9/19/2024 - The First Bank has conceded their claim against the real property is unsecured.

1/21/2025 - Order entered approving sale of real property. Closing on sale scheduled for 2/14/25.

2/14/2025 - Sale of 2015 Forest Glen Drive, Braselton, GA 30305 closes netting $175k.

6/30/2025 - Upon resolution of lien issues through a settlement agreement relating to real property sold by the Trustee , Trustee will prepare and submit his TFR.

4/21/2026 - Trustee filed Adversary case 26-05088. Complaint against The First Bank, Peachtree Corners Property, LLC, RH&A, LLC , 12 (Recovery of money/property - 547 preference) 21 (Validity, priority or extent of lien or other interest in property) relating to claims against proceeds from sale of real property.

6/8/2026 - Motions for Default Judgment filed against Peachtree Corners Property and RH&A LLC.

6/30/2026 - Upon resolution of adversary 26-05088 to resolve claims against the proceeds from the sale of real property, the Trustee will proceed with the closing of the bankruptcy case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026 **Current Projected Date Of Final Report (TFR):** 12/31/2026

# Form 2

## Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 24-56749-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | HOWARD HEATH YOUNG | **Bank Name:** | East West Bank |
| | LAUREN KATHRYN YOUNG | **Account #:** | ******0687 Checking |
| **Taxpayer ID #:** | **-***4166 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 02/18/25 | | Campbell & Brannon IOLTA (William Griffin, Purchaser) | Sale of 2015 Forest Glen Drive, Braselton, GA per Order, Dkt # 45. | | 175,835.14 | | 175,835.14 |
| | {1} | William Griffin | Sale of 2015 Forest Glen Drive, Braselton, GA per Order, Dkt # 45. $860,000.00 | 1110-000 | | | |
| | | William Griffin | Seller Closing Cost Paid per Order, Dkt # 45. -$25,000.00 | 2500-000 | | | |
| | | Gwinnett County Tax Commissioner | Property taxes paid per Order, Dkt # 45. -$1,179.60 | 2820-000 | | | |
| | | Wedgewood Homes Realty | Realtor commission paid per Order, Dkt # 45. -$25,800.00 | 3510-000 | | | |
| | | Virtual Properties Realty | Realtor commission paid per Order, Dkt # 45. -$25,800.00 | 3510-000 | | | |
| | | Pentagon Federal Credit Union | First Mortgage pay off per Order, Dkt # 45. -$604,451.84 | 4110-000 | | | |
| | | Executive Estate HOA | Net HOA fees paid per Order, Dkt # 45. -$997.81 | 4110-000 | | | |
| | | Chambers Select Group | Utilites paid by real estate agent during list. Paid per Order, Dkt # 45 -$935.61 | 2500-000 | | | |
| 02/28/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.18 | 175,806.96 |
| 03/07/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2542 | Transition Debit to Western Alliance Bank acct XXXXXX2542 | 9999-000 | | 175,806.96 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **175,835.14** | **175,835.14** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 175,806.96 | |
| **Subtotal** | **175,835.14** | **28.18** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$175,835.14** | **$28.18** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 24-56749-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | HOWARD HEATH YOUNG<br>LAUREN KATHRYN YOUNG | **Bank Name:** | Western Alliance Bank |
| | | **Account #:** | ******2542 Checking Account |
| **Taxpayer ID #:** | **-***4166 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/25 | | Transfer Credit from East West Bank acct XXXXXX0687 | Transition Credit from East West Bank acct XXXXXX0687 | 9999-000 | 175,806.96 | | 175,806.96 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 272.37 | 175,534.59 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 300.11 | 175,234.48 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 280.85 | 174,953.63 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 271.05 | 174,682.58 |
| 07/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 307.99 | 174,374.59 |
| 08/29/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 270.16 | 174,104.43 |
| 09/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 297.64 | 173,806.79 |
| 10/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 287.85 | 173,518.94 |
| 12/01/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 250.29 | 173,268.65 |
| 12/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 314.78 | 172,953.87 |
| 01/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 277.20 | 172,676.67 |
| 02/27/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 258.30 | 172,418.37 |
| 03/31/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 294.76 | 172,123.61 |
| 04/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 275.86 | 171,847.75 |
| 05/29/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 266.24 | 171,581.51 |
| 06/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 293.33 | 171,288.18 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **175,806.96** | **4,518.78** | **$171,288.18** |
| Less: Bank Transfers/CDs | 175,806.96 | 0.00 | |
| **Subtotal** | **0.00** | **4,518.78** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,518.78** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-56749-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | HOWARD HEATH YOUNG<br>LAUREN KATHRYN YOUNG | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***4166 | **Account #:** | ******2542 Checking Account |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $175,835.14 |
| Plus Gross Adjustments: | $684,164.86 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $860,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0687 Checking | $175,835.14 | $28.18 | $0.00 |
| ******2542 Checking Account | $0.00 | $4,518.78 | $171,288.18 |
| | **$175,835.14** | **$4,546.96** | **$171,288.18** |