UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HOWARD HEATH YOUNG<br>LAUREN KATHRYN YOUNG, | :<br>: | CASE NO. 24-56749-pwb |
| | : | |
| Debtor | : | |
| | : | |

**NOTICE OF MOTION TO APPROVE SETTLEMENT WITH RENASANT BANK F/K/A THE FIRST BANK, DEADLINE TO OBJECT AND FOR HEARING**

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 7 Trustee ("Trustee"), filed his *Motion for Approval of Compromise and Settlement with Renasant Bank f/k/a The First Bank* (the "Motion") on October 19, 2026.[1] In the Motion, Trustee seeks approval of a settlement of Count I of an Adversary Proceeding with Renasant Bank f/k/a The First Bank ("Renasant"), pursuant to which Renasant's secured interest in certain property and its sale proceeds will be avoided, and Renasant will have an allowed general unsecured claim in the amount of $1,800,000.00.

Pursuant to the *Fifth Amended and Restated General Order No. 24-2018*, the Court may consider the Motion without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303, and serve a copy on G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion on **November 19, 2026,** at **10:00 a.m.** in Courtroom **1401**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303. which must be attended in person, unless the Court orders otherwise.

[1] The Motion is on file with the Clerk of the Court at the address set forth below and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for Trustee identified below.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: October 19, 2026

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Trustee*

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373 (phone)
(404) 262-9911 (facsimile)

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Motion to Approve Settlement with Renasant Bank f/k/a The First Bank, Deadline to Object and for Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Service on additional parties will be certified by a separate certificate of service.

Dated: October 19, 2026

By: *<u>/s/ G. Frank Nason, IV</u>*
G. Frank Nason, IV
Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373 (phone)
(404) 262-9911 (facsimile)